UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

Jose Ortiz-Nieves,
    Defendant

and

MOLEX CARIBE, INC.,
    Garnishee

CV972470(PG)

Collection of Money

ORDER TO THE GARNISHEE

A Writ of Garnishment, directed to garnishee, MOLEX CARIBE, INC., has been duly issued and served upon the garnishee. Pursuant to said Writ of Garnishment, the garnishee filed an answer stating that at the time of the service of the Writ they had in their possession or under their control non-exempted disposable earnings belonging to and due to defendant.

More than 20 days have elapsed since the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

PURSUANT TO 28 U.S.C. §3205(c)(7), IT IS ORDERED that garnishee pay the sum equal to 25% of defendant's non-exempted disposable earnings, to plaintiff, and continue said payments every

USA v Jose Ortiz-Nieves
97-cv-2470(PG)
Page -2-

pay day thereafter, until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of defendant's 25% non-exempted disposable earnings or until further order of this Court. Payments shall be made to the order of the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Financial Litigation Unit, Room 452, Federal Office Building, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, this 22nd day of August, 2001.

JUAN PEREZ-GIMENEZ
United State District Judge